

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed August 18, 2019

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | CHAPTER 7 |
| CHIENER, LLC, | § | CASE NO. 19-41977-elm7 |
| | § | |
| *Debtor.* | § | |

### ORDER GRANTING JOHN DEERE CONSTRUCTION & FORESTRY COMPANY'S MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO CHIENER, LLC

On this day, came on to be considered the Motion for Relief from Automatic Stay [Doc. No. 6] (the Motion) filed by John Deere Construction & Forestry Company. The Court finds that all parties entitled to notice were given sufficient notice of the Motion and of the deadline to object to the Motion. After consideration of the pleadings, finding that no objections were filed to the Motion and the time to object has expired, the Court is of the opinion that John Deere Construction & Forestry Company has demonstrated cause to lift the automatic stay and that the Motion should be granted as set forth herein.

**IT IS THEREFORE ORDERED that:**

1. Because no responses were filed, the allegations of the Motion are deemed admitted.

2. John Deere Construction & Forestry Company holds a valid and perfected lien on the following equipment:

    a.   John Deere 135G FT4 Excavator;

    b.   John Deere 544K-II 4WD Loader; and

    c.   96" Pipe Forks.

3. The automatic stay is lifted in all respects as to John Deere Construction & Forestry Company.  John Deere Construction & Forestry Company may proceed with enforcement of its lien on the collateral listed herein in accordance with applicable law.

4. This Order shall be valid and subsisting even in the event this case is converted to another chapter of the Bankruptcy Code.

5. This Order shall not be stayed under Federal Rule of Bankruptcy Procedure 4001(a)(3) and John Deere Construction & Forestry Company may proceed under the Order immediately.

### End of Order ###